UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RHONDA COOPER,

    Plaintiff,

v.                                                   Case No: 8:12-cv-1996-T-30AEP

RXPERTS PHARMACY-TAMPA, INC.,

    Defendant.

## **ORDER**

THIS CAUSE comes before the Court upon the parties' Joint Stipulation and Motion for Conditional Collective Action Certification (Dkt. #39).  Upon review and consideration, it is therefore

ORDERED AND ADJUDGED that:

1.    The Joint Stipulation and Motion for Conditional Collective Action Certification (Dkt. #39) is GRANTED.

2.    This action is conditionally certified as a collective action under the FLSA.

3.    The Court approves and permits, under the Court's supervision, notice of this action to all employees employed by Rxperts in the pharmacy driver position in Florida who worked a shift of seven (7) or more contiguous hours without clocking out for a break, between March 1, 2010, and March 1, 2013.

4.    Within fourteen (14) days of the date of this Order, Defendant shall provide to Plaintiff the names and addresses of all pharmacy drivers in Florida employed by

Rxperts who worked a shift of seven (7) or more contiguous hours without clocking out for a break, between March 1, 2010, and March 1, 2013.

5. Plaintiff shall issue the agreed-upon Notice to Potential Collection Action Members (Dkt. #39-1, pp. 1-5) to all putative collection action members whose names and addresses were provided by Defendant in accordance with paragraph 4 above, by regular mail within fourteen (14) days of receiving the information described in paragraph 4 above.

6. The putative collection action members interested in joining this action shall "opt-in" this action by filing with the Court a Consent to Become a Party Plaintiff (Dkt. #39-1, pp. 6-8) by no later than sixty (60) days from the date Plaintiff mails the notices.

7. Defendant shall provide to Plaintiff the payroll registers and time card reports for each opt-in plaintiff for the period March 1, 2010, to present, within fourteen (14) days after the expiration of the sixty (60) day opt-in deadline described in paragraph 6 above.

**DONE** and **ORDERED** in Tampa, Florida on August 6, 2013.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Even\2012\12-cv-1996 joint stip 39.docx